UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br>Letter Rogatory for International Judicial Assistance from the National Civil Court of First Instance No. 11, Buenos Aires, Argentina, in the Matter of Bernardo Spravkin | No. 25-MC-310 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

    The Clerk of Court is respectfully requested to terminate this action.

SO ORDERED.

Dated:    July 31, 2025
           New York, New York

                                                Ronnie Abrams
                                                United States District Judge